EXHIBIT B

EVIDENCE OF USE FOR U.S. PATENT NO. 8,610,573

Title: Radio frequency module and methods of transmitting/receiving data

Application No.: US 12/558,484

Filing Date: September 11, 2009

Issue Date: December 17, 2013

**Accused Product:**



Source: https://www.dexatek.com/%E5%89%AF%E6%9C%AC-iot-module

1

## DK9185 Series Wi-Fi 802.11a/b/g/n
## Module Specification

DK-9185 series is a compact, surface mount with low power (2.4GHz/5GHz) 802.11a/b/g/n Wireless LAN(WLAN) module.

It combines a high-performance ARM v8m MCU, a low power v9 Cortex-M0 MCU, WLAN MAC, a 1T1R capable WLAN baseband, and RF function. It also provides a bunch of configurable GPIOs which are configured as digital peripherals for different applications and control usage. Since its small size, outstanding performance at low power consumption and low cost, the DK9185 is leading the way for the new generation of Wi-Fi modules.

Source: https://www.dexatek.com/_files/ugd/6752fc_e1ea7d00e3074aa8bc81bf6c420e93a8.pdf

**Evidence of Use**

| Claim Language | Evidence of Infringement |
|---|---|
| 1. A radio frequency module comprising: | Dexatek Technology provides the DK-9185 Wireless LAN module (i.e., "radio frequency module") comprising the ARM v8m MCU and Cortex-M0 MCU.<br><br><br><br>Source: https://www.dexatek.com/_files/ugd/6752fc_e1ea7d00e3074aa8bc81bf6c420e93a8.pdf |

3

| Claim Language | Evidence of Infringement |
|---|---|
| a base member including a printed circuit board having a first surface and a second surface; | Dexatek DK-9185 module includes a base member including a printed circuit board (PCB) that has a first and a second surface.<br><br><br><br>Source:  https://fccid.io/SZY-DK9185/Internal-Photos/Internal-Photos-5977874.pdf |

4

| Claim Language | Evidence of Infringement |
|---|---|
| a transceiver assembly located on the printed circuit board and including:<br><br>a transceiver; and | The Dexatek DK-9185 module is deployed with an RTL-8721DM solution (i.e., "transceiver").<br><br><br><br>Source: https://www.dexatek.com/_files/ugd/6752fc_e1ea7d00e3074aa8bc81bf6c420e93a8.pdf |

| Claim Language | Evidence of Infringement |
|---|---|
| a matching/filtering network having first and second ends; | Dexatek DK-9185 module includes an inductor and capacitor circuit network (i.e., "matching/filtering network"). The matching/filtering network is an essential part of RF design to enable maximum power transfer between a source and a load. The matching/filtering network comprises passive components such as inductors and capacitors. The first end of the network is connected to the RTL8721DM chip (i.e., "transceiver") and the second end of the network is connected to another component.<br><br>Source: https://www.dexatek.com/_files/ugd/6752fc_e1ea7d00e3074aa8bc81bf6c420e93a8.pdf |

6

| Claim Language | Evidence of Infringement |
|---|---|
|  | A matching network is connected between a source and a load, and its circuitry is usually designed such that it transfers almost all power to the load while presenting an input impedance that is equal to the complex conjugate of the source's output impedance. Alternatively, you can think of a matching network as transforming the output impedance of the source such that it is equal to the complex conjugate of the load impedance.<br>Source: https://www.allaboutcircuits.com/textbook/radio-frequency-analysis-design/selected-topics/understanding-matching-networks/<br><br>**Patent Specification:**<br>The RF matching/filtering network **62** is also connected to the chip antenna **15** and preferably comprises a plurality of passive electrical components **72** including inductors and capacitors connected in series and arranged in an in-line configuration that extends generally parallel with the ground plane segment **32** inside the shield **22**. The inductors and capacitors **72** form a filter and differential antenna connection<br>*Source US8610573, col 4, lines 61-66* |

| Claim Language | Evidence of Infringement |
|---|---|
| the matching/filtering network having a plurality of passive series connected electrical components in a linear arrangement, with the first end thereof electrically connected to the transceiver; | Dexatek DK-9185 module's inductor and capacitor circuit network (i.e., "matching/filtering network") forms a linear arrangement where the first end is connected to the RTL8721DM chip (i.e., "transceiver").<br><br>[Annotated image of Dexatek DK-9185 module with labels: "Transceiver", "First end connected to transceiver", "Plurality of passive components", "Matching/filtering network"]<br><br>Source: https://www.dexatek.com/_files/ugd/6752fc_e1ea7d00e3074aa8bc81bf6c420e93a8.pdf |

8

| Claim Language | Evidence of Infringement |
|---|---|
| a ground plane formed on the first surface and surrounding at least a substantial portion of the transceiver assembly; | The Dexatek DK-9185 module includes a metal segment (i.e., "ground plane") on the first surface of the PCB, which surrounds a substantial portion of the transceiver assembly.<br><br>[Image of DK-9185 module with annotations: "Transceiver assembly" and "Ground plane on the first surface"]<br><br>Source: https://www.dexatek.com/_files/ugd/6752fc_e1ea7d00e3074aa8bc81bf6c420e93a8.pdf |

9

| Claim Language | Evidence of Infringement |
|---|---|
| a radio frequency shield electrically coupled to the ground plane and covering at least a substantial portion of the transceiver assembly; | The Dexatek DK-9185 module includes a shield (i.e., "radio frequency shield") that covers the transceiver assembly and is soldered to the metal segment (i.e., "ground plane").<br><br>*[Annotated image showing a circuit board with labels: "Ground plane" (red), "Transceiver assembly" (blue), and "Radio frequency shield" (green).]*<br><br>Source: https://fccid.io/SZY-DK9185/Internal-Photos/Internal-Photos-5977874.pdf |

| Claim Language | Evidence of Infringement |
|---|---|
|  | Radio frequency shield<br><br>Source:<br>https://device.report/m/01317795ddf8971de7b297db548ea0c8aa5437198e35cf90edd9f31b2d029af2.pdf |

11

| | |
|---|---|
| a chip antenna located on the first surface of the printed circuit board outside of the shield and extending generally parallel with the matching/filtering network; and | The Dexatek DK-9185 module includes a chip antenna outside the shield located on the first surface of the PCB. The antenna extends in parallel with the inductor and capacitor circuit network (i.e., "matching/filtering network").  |

12



Source: https://www.dexatek.com/_files/ugd/6752fc_e1ea7d00e3074aa8bc81bf6c420e93a8.pdf

| | |
|---|---|
| a radio feed point extending between the chip antenna and the second end of the matching/filtering network, the chip antenna together with the matching/filtering network and the feed point forming a generally U-shape. | Dexatek DK-9185 module has a radio feed point extending between the chip antenna and the second end of the network (i.e., "matching/filtering network"). This arrangement forms a U-shape with the components.<br><br><br><br>Source: https://www.dexatek.com/_files/ugd/6752fc_e1ea7d00e3074aa8bc81bf6c420e93a8.pdf |

14