IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MODULUS SYSTEMS LLC, | § § § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:23-cv-00239-JRG |
| DEXATEK TECHNOLOGY LTD., | § § § | |
| *Defendant*. | § § § | |

**ORDER**

Before the Court is the Notice of Voluntary Dismissal Without Prejudice (the "Notice") filed by Plaintiff Modulus Systems LLC ("Plaintiff"). (Dkt. No. 7.) In the Notice, Plaintiff voluntarily dismisses the above-captioned case against Defendant Dexatek Technology Ltd. ("Defendant") without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. (*Id*. at 1.) Defendant has not yet answered the Complaint or moved for summary judgment. (*Id.*)

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims by Plaintiff in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**. The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So Ordered this**

Dec 11, 2024

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE